```
JODI LINKER
Federal Public Defender
Northern District of California
ANAIS CARELL
Fellowship Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:      (510) 637-3500
Cellular telephone:  (415) 517-8449
Email:          anais_carell@fd.org
```

Counsel for Defendant LEE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LESTER DALE LEE,<br><br>Defendant. | Case No.: 4:25–mj-70176 MAG<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO SEPTEMBER 18, 2025** |

   IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Lester Dale Lee scheduled for August 12, 2025, before the duty magistrate judge, be continued to September 18, 2025, at 10:30 a.m. before the duty magistrate for status. The reason for the continuance is as follows: Defense counsel recently requested additional discovery, which government counsel is in the process of producing; and defense counsel needs time to review the discovery and confer with Mr. Lee. The continuance is sought under the Speedy Trial Act. The parties agree and stipulate that the time until September 18, 2025, should be excluded, under 18

U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. See Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated:     August 8, 2025

JODI LINKER
Federal Public Defender
Northern District of California

           /S/
ANAIS CARELL
Fellowship Assistant Federal Public Defender

Dated:     August 8, 2025

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

           /S/
EVAN M. MATEER
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>LESTER DALE LEE,<br><br>　　　　　Defendant. | Case No.: 4:25–mj-70176 MAG<br><br>**ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO SEPTEMBER 18, 2025** |

　　　GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Lester Dale Lee, currently scheduled for August 12, 2025, at 10:30 a.m., be continued to September 18, 2025, at 10:30 a.m., before the duty magistrate for status.

　　　IT IS FURTHER ORDERED that the time until September 18, 2025, be hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence. The Court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The Court further finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

　　　**IT IS SO ORDERED.**

Dated: <u>August 8, 2025</u>



　　　　　　　　　　　　　　　　　　　　HON. DONNA M. RYU
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge

ORDER RE: CONTINUE STATUS TO 9/18/25
*LEE*, 4:25–mj-70176 MAG

1