1  CRAIG H. MISSAKIAN (CABN 125202)
   United States Attorney
2
   MARTHA BOERSCH (CABN 126569)
3  Chief, Criminal Division

4  EVAN M. MATEER (CABN 326848)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        Evan.mateer@usdoj.gov
8
   Attorneys for United States of America
9

10                            UNITED STATES DISTRICT COURT

11                           NORTHERN DISTRICT OF CALIFORNIA

12                                    OAKLAND DIVISION

13  UNITED STATES OF AMERICA,              ) CASE NO. 4:25-mj-70176 MAG
                                           )
14          Plaintiff,                     ) STIPULATION TO CONTINUE STATUS
                                           ) CONFERENCE AND TO EXCLUDE TIME FROM
15     v.                                  ) October 19, 2025, TO NOVEMBER 12, 2025, AND
                                           ) ORDER
16  LESTER LEE,                            )
                                           )
17          Defendant.                     )
                                           )
18

19       This matter is currently set for a status conference on October 29, 2024.  To provide adequate

20  time for the defense to review discovery already produced and for the parties to engage in discussions

21  regarding a potential resolution of this case, the parties hereby request that the status conference be

22  continued to November 12, 2025 at 10:30 a.m.

23       For purposes of computing the date under Rule 5.1 of the Federal Rules of Criminal Procedure

24  for preliminary hearing, and the date under the Speedy Trial Act by which the defendant must be

25  charged by indictment or information, the parties agree that the time period of October 29, 2025,

26  through November 12, 2025, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i)

27  and (h)(7)(B)(iv) because: (i) the ends of justice served by the continuance outweigh the best interest of

28  the public and defendant in the filing of an information or indictment within the period specified in

18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Defense counsel represents that his client knowingly and voluntarily waives the timing for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 through November 12, 2024.

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 28, 2025        */s/ Evan M. Mateer*
                               EVAN M. MATEER
                               Assistant United States Attorney

DATED: October 28, 2025        */s/ John Paul Reichmuth*
                               JOHN PAUL REICHMUTH
                               Counsel for Defendant

**ORDER**

The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, as well as to waive the timing for preliminary hearing under Rule 5.1 of the Federal Rules of Criminal Procedure.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in the filing of an information or indictment within the time period set forth in 18 U.S.C. § 3161(b); and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

The status conference in this matter is continued to 10:30 a.m. on November 12, 2025. The time period from October 29, 2025, to November 12, 2025, inclusive, is excluded in computing the time within which an information or indictment must be filed under 18 U.S.C. § 3161(b) pursuant to the provisions of 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv). Nothing in this Order shall preclude

a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which an information or indictment must be filed.

IT IS SO ORDERED.

DATED: October 28, 2025



HON. DONNA M. RYU
Chief United States Magistrate Judge